GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the First Consolidated Mortgage of RIO GRANDE WESTERN RAILWAY COMPANY, Respondent, and JULIUS KLORFEIN, Intervener, Respondent, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under the Refunding and Improvement Mortgage of DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY, et al., Respondents, and HAROLD S. BAIRD, Intervener, Appellant.

Argued January 15, 1951; decided March 8, 1951.

*William E. Haudek* for appellant.

*Theodore Kiendl, Edwin S. S. Sunderland, Porter R. Chandler* and *Russel S. Coutant* for plaintiff-respondent.

*Bernard D. Fischman* for intervener-respondent.

*Orville W. Wood* for Chase National Bank of the City of New York, defendant-respondent.

*Edward E. Watts, Jr.,* and *John B. Marsh* for City Bank Farmers Trust Company, defendant-respondent.

*Cravath, Swaine & Moore* for Kaiser Steel Corporation, *amicus curiæ,* in support of respondents'· position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.